BEYSIEGEL *et al. v.* ROME MUTUAL LOAN ASSOCIATION.

LUMPKIN, P. J.　1. An injunction should not be granted when the plaintiff in the petition therefor has a complete and adequate remedy at law.

2. The defendant in error in the present case had such a remedy by claim, the successful prosecution of which would, for all essential purposes, have been as effectual as the equitable proceeding ; nor was this proceeding maintainable on the theory that it was necessary to prevent a multiplicity of suits.

*Judgment reversed.　All the Justices concurring.*

Argued June 24, — Decided July 23, 1901.

Injunction.　Before Judge Henry.　Floyd superior court. March 30, 1901.

*G. A. H. Harris & Son* and *R. L. Chamlee,* for plaintiffs in error. *Halsted Smith,* contra.